# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

CURTIS LEE JOHNSON

NO. 2019 KW 0766

SEP 17 2019

---

In Re:  Curtis Lee Johnson, applying for supervisory writs, 16th Judicial District Court, Parish of St. Mary, No. 2016-198263.

---

BEFORE:  **WHIPPLE, C.J., GUIDRY AND CRAIN, JJ.**

   **WRIT DENIED.**

                         **VGW**
                         **JMG**
                         **WJC**

COURT OF APPEAL, FIRST CIRCUIT

*Peggy J. Landuy*

DEPUTY CLERK OF COURT
      FOR THE COURT